IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM RICHARDS,                          :

                    Plaintiff,             :

          v.                               :        NO. 18-1810

WALLYPARK PENNSYLVANIA, LLC,               :
et al.,
                    Defendants.            :

## NOTICE

A telephone conference regarding the case status will be held on Tuesday, September 4, 2018 at 3:00 p.m.  Counsel for Defendants is directed to initiate the call.  Judge Heffley can be reached at 267-299-7420.


/s/ Sharon A. Hall-Moore
Sharon A. Hall-Moore
Deputy Clerk
Magistrate Judge Marilyn Heffley


Date:  August 30, 2018